JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

Jim Marshall

**DEFENDANTS**

Bill Graham Archives, LLC, dba Wolfgang's Vault, a Delaware limited liability company

**(b)** County of Residence of First Listed Plaintiff  San Francisco
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Mennemeier, Glassman & Stroud LLP
980 9th Street, 17th Floor
Sacramento, CA 95814
(916) 553-4000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | ☐ 892 Economic Stabilization Act |
| | | | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. section 1121; 17 U.S.C. section 501; 29 U.S.C. section 1331; 28 U.S.C. section 1338
Brief description of cause:
Copyright violation

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)

☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

DATE  1/21/09

SIGNATURE OF ATTORNEY OF RECORD

ORIGINAL
FILED

1  MENNEMEIER, GLASSMAN & STROUD LLP
   ANDREW W. STROUD (SBN 126475)
2  LANDON D. BAILEY (SBN 240236)
   980 9th Street, Suite 1700
3  Sacramento, CA 95814-2736
   Telephone: 916-553-4000
4  Facsimile: 916-553-4011

JAN 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

5  Attorneys for Plaintiff Jim Marshall

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION



11  JIM MARSHALL,                           Case No.  09        0283

12           Plaintiff,                     ) COMPLAINT FOR COPYRIGHT
                                            ) INFRINGEMENT
13  v.                                      )
                                            ) DEMAND FOR JURY TRIAL
14  BILL GRAHAM ARCHIVES, LLC, dba          )
15  WOLFGANG'S VAULT, a Delaware limited    )
    liability company,                      )
16                                          )
             Defendant.                     )
17  _____ )

18          Plaintiff Jim Marshall brings this action against defendant Bill Graham Archives,

19  LLC, dba Wolfgang's Vault (hereinafter "Wolfgang's Vault") for injunctive relief and damages

20  under the Copyright laws of the United States as follows:

21                              **THE PARTIES**

22          1.      Plaintiff Jim Marshall (hereinafter "Plaintiff") is an

23  individual who resides and does business in San Francisco, California. Plaintiff is an

24  internationally renowned photographer noted for his photographs of famous jazz and rock

25  musical performers dating back to at least the early 1960's.

26          2.      Defendant Bill Graham Archives, LLC is a limited liability company

27  organized and existing under the laws of the State of Delaware and doing business under the

28  name "Wolfgang's Vault," with its principal offices in San Francisco, California. Wolfgang's

251.25.PLE.Complaint.wpd                        COMPLAINT FOR COPYRIGHT INFRINGEMENT
                                    1

1  Vault runs a website at www.wolfgangsvault.com (hereinafter the "Website") which features for

2  sale, among other things, photographic prints of jazz and rock musicians.

3  **JURISDICTION**

4  3.  This is a civil action arising, *inter alia*, under the Copyright laws of the

5  United States. This Court has jurisdiction over the subject matter of this action pursuant to 15

6  U.S.C. § 1121, 17 U.S.C. § 501, 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

7  **VENUE**

8  4.  Venue in this district is proper under 28 U.S.C. §§ 1391(b) and (c) and 28

9  U.S.C. § 1400(a).

10  **BACKGROUND**

11  5.  Plaintiff is an internationally recognized professional photographer.

12  6.  Plaintiff is the creator and copyright owner of photographs of many well-

13  known musicians, such as Johnny Cash, Jimi Hendrix, Janis Joplin, Jim Morrison, Led Zeppelin,

14  Bob Dylan, The Rolling Stones and The Beatles. Plaintiff was the only photographer to whom

15  The Beatles granted backstage access at their last concert, and was one of the principal

16  photographers at the Monterey Pop Festival and the original Woodstock.

17  7.  Plaintiff's photographs have appeared on over 500 record covers, and in

18  domestic and international publications including *Newsweek*, *Time*, *Life*, *The Saturday Evening*

19  *Post*, *Look*, and *Rolling Stone*. Some of Plaintiff's art photography is in the Smithsonian

20  Institute's permanent collection.

21  8.  On May 3, 2004, Plaintiff and Wolfgang's Vault entered into a written

22  Agreement (the "Agreement") wherein Plaintiff granted the exclusive right to Wolfgang's Vault

23  to sell certain of Plaintiff's photographs on the Website, including the Marshall Prints. The

24  Agreement expired, in accordance with its terms, on May 4, 2008. A true and correct copy of the

25  Agreement is attached to this Complaint as Exhibit A.

26  9.  During and under the terms of the Agreement, Marshall, as author of the

27  Marshall Prints, reproduced, matted, and signed copies of the Marshall Prints, and delivered

28  these matted and signed copies to Wolfgang's Vault.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

2

1          10.    Plaintiff and Wolfgang's Vault shared in profits derived from Marshall
2   Prints sold through the Website in accordance with the terms of the Agreement. At no point did
3   the physical Marshall Prints delivered to Wolfgang's Vault become the property of Wolfgang's
4   Vault, nor did Wolfgang's Vault ever obtain any intellectual property rights in the Marshall
5   Prints other than those expressly conveyed in the Agreement, all of which expired no later than
6   May 4, 2008.

7          11.    Plaintiff Wolfgang's Vault owns the Website, which features for sale,
8   among other things, photographic prints of jazz and rock musicians. Wolfgang's Vault's
9   Website makes available for sale several of Plaintiff's photographs, including the following: (a)
10  Theloneous Monk Fine Art Print from 1963, item # JMP0011-FP (the "Monk Print"); (b) Miles
11  Davis Fine Art Print from 1971, item # JMP0006-FP (the "Davis Print"); (c) Duke Ellington Fine
12  Art Print from September 18, 1966, item # MFM660918-FP (the "Ellington Print"); (d) Janis
13  Joplin Fine Art Print from 1968, item # JMP0023-FP (the "Joplin Print"); (e) Bill Evans Fine Art
14  Print from 1963, item # JMP0008-FP (the "Evans Print"); and (f) John Coltrane Fine Art Print
15  from 1960, item # JMP0007-FP (the "Coltrane Print") (collectively the "Marshall Prints").

16         12.    The Marshall Prints are still made available for sale by Wolfgang's Vault
17  on the Website. Exhibit B to this Complaint is a true and correct copy of a printout from the
18  Website on January 8, 2009, showing the Monk Print for sale. Exhibit C to this Complaint is a
19  true and correct copy of a print out from the Website on January 8, 2009, showing the Davis Print
20  for sale. Exhibit D to this Complaint is a true and correct copy of a print out from the Website on
21  January 8, 2009, showing the Ellington Print for sale. Exhibit E to this Complaint is a true and
22  correct copy of a print out from the Website on January 8, 2009 showing the Joplin Print for sale.
23  Exhibit F to this Complaint is a true and correct copy of a print out from the Website on January
24  8, 2009 showing the Evans Print for sale. Exhibit G to this Complaint is a true and correct copy
25  of a print out from the Website on January 8, 2009 showing the Coltrane Print for sale.
26  ///
27  ///
28  ///

251.25.PLE.Complaint.wpd

3

COMPLAINT FOR COPYRIGHT INFRINGEMENT

1    13.    Each of the Marshall Prints is a photograph taken by Plaintiff. Plaintiff

2  owns the exclusive rights to each of the Marshall Prints, including the right to sell, reproduce,

3  and/or distribute each of the Marshall Prints. The Website confirms that Plaintiff owns the

4  copyright to the Marshall Prints, not Wolfgang's Vault. See Exhs. B – G.

5    14.    On May 4, 2008, the Agreement expired pursuant to its terms and

6  Defendant's right to sell the Marshall Prints was terminated by Plaintiff. Following termination

7  of the Agreement, Plaintiff demanded the return of the Marshall Prints, as well as other property

8  of Plaintiff. Wolfgang's Vault refused to return the property. In addition, Plaintiff has demanded

9  that Wolfgang's Vault cease and desist from any further sales of the Marshall Prints on the

10  website.

11    15.    Despite Plaintiff's demand that Wolfgang's Vault cease and desist from

12  selling the Marshall Prints in contradiction of Plaintiff's copyright interest, Wolfgang's Vault has

13  continued to sell prints from May forward through today in knowing violation of Plaintiff's rights

14  and in violation of the copyright laws. On December 23, 2008, some seven months after

15  Defendant's right to sell was terminated, Defendant sold a Monk Print from the Website for

16  approximately $2,000 after taxes and shipping charges. A true and correct copy of the packing

17  slip/invoice evidencing this purchase is attached to this Complaint as Exhibit H.

18               **CLAIM FOR RELIEF - COPYRIGHT INFRINGEMENT**

19    16.    Plaintiff incorporates by reference the allegations contained in paragraphs

20  1-15.

21    17.    Plaintiff owns the copyright to the Marshall Prints. The Marshall Prints

22  each appear in one or more of three published books

23  in which Plaintiff owns the photograph copyright. These three books are entitled (a) "Jim

24  Marshall: Proof" (ISBN 0-8118-4318-1) (hereinafter "PROOF"); (b) "Jim Marshall: Jazz" (ISBN

25  0-1881-4354-8) (hereinafter "JAZZ"); and (c) "Not Fade Away: The Rock & Roll Photography

26  of Jim Marshall" (ISBN 0-8212-2362-3) (hereinafter "NOT FADE AWAY") (collectively the

27  "Copyrighted Books").

28  ///

251.25.PLE.Complaint.wpd                                                        COMPLAINT FOR COPYRIGHT INFRINGEMENT

4

1    18.    Each of the Copyrighted Books consists largely of a collection of
2  Plaintiff's photographic art.

3    19.    PROOF is the subject of United States Copyright Office Certificate of
4  Registration No. VA 0001352549, issued to Plaintiff on or about December 7, 2005. A true and
5  correct copy of a print out from the United States Copyright Office Public Catalog, available at
6  http://cocatalog.loc.gov, is attached to this Complaint as Exhibit I.

7    20.    JAZZ is the subject of United States Copyright Office Certificate of
8  Registration No. VA 0001365079, issued to Plaintiff on or about August 10, 2005. A true and
9  correct copy of a print out from the United States Copyright Office Public Catalog, available at
10  http://cocatalog.loc.gov, is attached to this Complaint as Exhibit J.

11    21.    NOT FADE AWAY is the subject of United States Copyright Office
12  Certificate of Registration No. TX 0006031402, issued to Plaintiff on or about June 17, 2004. A
13  true and correct copy of a print out from the United States Copyright Office Public Catalog,
14  available at http://cocatalog.loc.gov, is attached to this Complaint as Exhibit K.

15    22.    The Monk Print appears in JAZZ at page 69.

16    23.    The Davis Print appears in JAZZ at page 96.

17    24.    The Davis Print appears in PROOF.

18    25.    The Ellington Print appears in JAZZ at pages 90-91.

19    26.    The Joplin Print appears in NOT FADE AWAY at page 36.

20    27.    The Evans Print appears in JAZZ at page 66.

21    28.    The Coltrane Print appears in JAZZ at pages 12-13.

22    29.    The Coltrane Print appears in PROOF.

23    30.    Since the creation of the Marshall Prints and the Copyrighted Books,
24  Plaintiff has continued to comply with the provisions of the Copyright Act with respect to all
25  applicable registered copyrights.

26    31.    Plaintiff was at all relevant times, and continues to be, the sole proprietor
27  of all right, title and interest in and to the Marshall Prints and all relevant aspects of the

28

251.25.PLE.Complaint.wpd                                      COMPLAINT FOR COPYRIGHT INFRINGEMENT
                                          5

1 Copyrighted Books. Copyright to the Marshall Prints and all relevant aspects of the Copyrighted
2 Books have never been released to the public domain.

3         32.    By reason of the foregoing, Wolfgang's Vault's conduct has infringed
4 Plaintiff's copyright interest in the Copyrighted Books and Marshall Prints, including Plaintiff's
5 exclusive right to reproduce, use, and sell the Marshall Prints and the Copyrighted Books and to
6 prepare derivative works based upon the Marshall Prints and the Copyrighted Books.

7         33.    The activities of Wolfgang's Vault in intentionally offering for sale,
8 distributing, and publicly exhibiting on the Website and elsewhere photographic images that
9 infringe Plaintiff's copyrights constitute willful acts of infringement.

10         34.    Plaintiff is informed and believes and thereupon alleges that unless
11 enjoined by this Court, Wolfgang's Vault intends to continue its course of conduct and to
12 wrongfully reproduce, use, and sell and otherwise profit from the Marshall Prints. As a direct
13 and proximate result of Wolfgang's Vault's acts alleged above, Plaintiff has already suffered
14 irreparable damage. Plaintiff has no adequate remedy at law to redress the injuries that
15 Wolfgang's Vault has caused and intends to continue to cause by its conduct. Plaintiff will
16 continue to suffer irreparable damage until Wolfgang's Vault's actions are enjoined by this
17 Court.

18                               **PRAYER FOR RELIEF**

19         WHEREFORE, plaintiff demands judgment as follows:

20     **A.**     **On the First Claim For Relief (Copyright Infringement), Judgment in Favor**
21             **of Plaintiff:**

22         1.    Preliminarily and permanently enjoining defendant from engaging in any
23 conduct constituting an infringement of plaintiff's copyright identified above;

24         2.    Directing the immediate return of all goods infringing plaintiff's copyright
25 in the possession, custody or control of defendant to Plaintiff;

26         3.    Awarding plaintiff either his actual damages and defendant's profits from
27 their infringing activities or, at plaintiff's subsequent election, statutory damages, together with
28 his costs of this action, including his reasonable attorneys' fees; and

COMPLAINT FOR COPYRIGHT INFRINGEMENT

6

1          4.     That defendant, within thirty days after service of judgment, with notice of

2  entry thereof upon defendant, be required to file with the Court and serve upon plaintiff a written

3  report under oath setting forth in detail the manner in which defendant has complied with the

4  injunctive relief requested herein.

5          5.     For such other and further relief as the Court may deem just and proper.

6

7  Dated: January 21, 2009                MENNEMEIER, GLASSMAN & STROUD LLP
                                     ANDREW W. STROUD

8                                         LANDON D. BAILEY

9

10                                        _OBO Andrew W. Stroud_
                               Andrew W. Stroud

11                                 Attorneys for Plaintiff Jim Marshall

12

13                    **DEMAND FOR JURY TRIAL. [FRCP Rule 38(b)]**

14          Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff hereby

15  demands a jury trial herein.

16  Dated: January 21, 2009                MENNEMEIER, GLASSMAN & STROUD LLP
                                       ANDREW W. STROUD

17                                         LANDON D. BAILEY

18

19                                        _OBO Andrew W Stroud_
                               Andrew W. Stroud

20                                 Attorneys for Plaintiff Jim Marshall

21

22

23

24

25

26

27

28

251.25.PLE.Complaint.wpd                            COMPLAINT FOR COPYRIGHT INFRINGEMENT

# EXHIBIT A

## AGREEMENT



This AGREEMENT (this "Agreement"), dated as of May 3, 2004 (the "Effective Date"), is made and entered into by and between Bill Graham Archives, LLC, a Delaware limited liability company d/b/a Wolfgang's Vault ("Wolfgang's Vault"), and Jim Marshall, a resident of the state of California ("Marshall").

WHEREAS, Marshall is the owner of various photographs and negatives and Wolfgang's Vault owns and operates a website with the URL www.wolfgangsvault.com (such website, or any successor website, the "Website") and the parties hereto wish to provide for the sales of certain of Marshall's photographs on the Website.

WHEREAS, Marshall wishes to grant a license to Wolfgang's Vault to allow Wolfgang's Vault to use such proprietary intellectual property of Marshall as is reasonably necessary to allow Wolfgang's Vault to fulfill its obligations under this agreement.

NOW, THEREFORE, for good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties hereby agree as follows:

1.    **Sale of Photographs on the Website; Exclusivity.**

        1.1.    As soon as practicable after the Effective Date, a representative of Wolfgang's Vault and Marshall will mutually identify specific photographs taken by Marshall to be offered for sale on the Website (all photographs to be offered for sale on the Website from time to time under this Agreement, the "Marketed Photos" and the images contained in the Marketed Photos, the "Images"). The number and identity of the Marketed Photos will be mutually determined by Wolfgang's Vault and Marshall from time to time, but will initially number at least eighty (80) and be comprised of individual, original prints created from Marshall's "hero" photographs. After a particular photograph becomes a Marketed Photo, it will remain a Marketed Photo unless and until otherwise mutually determined by Wolfgang's Vault and Marshall; provided, however, that if Marshall and Wolfgang's Vault mutually determine a particular Marketed Photo is a "limited edition", the applicable photograph will cease to be a Marketed Photo when the limited edition is filled.

        1.2.    After the initial Marketed Photos have been identified as contemplated in Section 1.1, and as any additional photographs owned by Marshall become Marketed Photos from time to time, Marshall will deliver to Wolfgang's Vault a 4" x 5" print for each such photograph to allow Wolfgang's Vault to be able to display the corresponding Images on the Website.

        1.3.    Wolfgang's Vault will offer for sale on the Website Marketed Prints (as defined below) in both 11" x 14" and 16" x 20" dimensions. Wolfgang's Vault and Marshall will mutually agree on the prices to be charged customers for the Marketed Prints, which such prices the parties anticipate will range between $1,000 and $2,000, depending on the size, the type of print, matting, etc.

        1.4.    Marshall agrees to provide Wolfgang's Vault a description of each Marketed Photo, such description to include the location and persons depicted in the Image and any other information that would be of interest to a prospective purchaser of such Marked Photo, which such description may be provided orally or in writing at the option of Marshall.

        1.5.    Marshall agrees that Wolfgang's Vault is the exclusive internet seller and distributor of Marshall's photographs, and Marshall will not grant any other person or entity the right to sell any photographs, or any prints created from negatives, owned by Marshall over the internet and will take such

reasonable action as may be necessary to prevent any other person or entity from engaging in such action; provided, however, that for the avoidance of doubt, the parties hereto expressly agree and acknowledge that Marshall's existing arrangement with Fahey, Klein pursuant to which Fahey, Klein displays Marshall's photographs on the internet, and sells photographs and prints over the telephone and, sells photographs and prints over the telephone and in person (but not over the internet), will not be considered to violate the exclusivity granted to Wolfgang's Vault hereunder.

2. **Inventory.** As Marketed Photos are identified and the underlying negatives are delivered to the party who will produce the physical prints, Wolfgang's Vault will arrange (and be responsible for the costs, which will be included in Actual Costs) for the production of five prints of each Image (in each of the dimensions referenced in 1.3 above (i.e., a total of ten prints will be produced for each Image). After such prints are produced (the "Marketed Prints"), Marshall will sign each print and then Wolfgang's Vault will retain physical possession of such prints until such prints are sold via the Website.

3. **Term.** The term of this Agreement shall commence as of the date first written above and shall terminate on the date that is four years after such date. Notwithstanding the foregoing, Marshall may terminate this Agreement upon (i) the sale or transfer, by merger or otherwise, of a majority of the membership interests of Wolfgang's Vault (other than such sale or transfer to an affiliate of Wolfgang's Vault in connection with a company reorganization) or (ii) the sale of substantially all of the assets of Wolfgang's Vault in a single transaction or a series of related transactions.

4. **Sales Proceeds.**

4.1. After the end of each month during which any Marketed Prints are sold, Wolfgang's Vault will, within fifteen days after the end of such month, send to Marshall a statement (the "Statement") showing (i) the number and identity of Marketed Prints sold during such month, (ii) the Actual Net Proceeds received by Wolfgang's Vault during such month, (iii) the Actual Costs for such month.

4.2. "Actual Net Proceeds" means, for any month, (i) the dollar amount actually received by Wolfgang's Vault as payment for the Marketed Prints, exclusive of sales taxes, excise taxes and other similar charges during such month less (ii) the amount of any returns during such month of Marketed Prints previously sold.

4.3. "Actual Costs" means, for any month, the total costs incurred by Wolfgang's Vault to create and mat the Marketed Prints that gave rise to the Actual Net Proceeds during such month. The parties anticipate the costs for creating the Marketed Prints will be approximately $30 for an 11" x 14" print and $75 for a 16" x 20" print. Matting costs will be determined as prints are matted.

4.4. Each Statement shall be accompanied by a payment to Marshall in an amount equal to (A) sixty percent (60%) multiplied by (B) (i) the Actual Net Proceeds for the month to which the Statement relates less (ii) the Actual Costs for such month less (iii) a handling fee for each Marketed Print sold during such month, not to exceed $10 per Marketed Print.

5. **Representations of Wolfgang's Vault.** Wolfgang's Vault represents and warrants to Marshall that it is the owner and operator of the Website, and will indemnify Marshall for any breach of such representation. Wolfgang's Vault further represents and warrants that it will collect, and timely remit, the proper amount (if any) of California sales tax for each Marketed by Wolfgang's Vault. Wolfgang's Vault further represents and warrants that it currently has a good faith intention to (i) spend approximately $750,000 in advertising and marketing over the next 18 months with a view toward increasing the number of visitors to the Website, (ii) create a separate page on the Website for the Marketed Prints and (iii) initiate "key word buys" on the name "Jim Marshall."

2

6.     **Representations of Marshall.** Marshall represents and warrants to Wolfgang's Vault that it owns (and will own) the copyright to each of the Marketed Photos and has the right to market such photos in the manner contemplated herein, and will indemnify Wolfgang's Vault for any breach of such representation.

7.     **Referral Fee.** In the event that Marshall introduces other well known photographers to Wolfgang's Vault and is instrumental in getting such a photographer to sell his or her photographs on the Website, Wolfgang's Vault will pay to Marshall an amount equal to 5% of the net proceeds realized by Wolfgang's Vault from any sale of such photographs, which such amount will be paid within fifteen (15) days after the end of the month in which Wolfgang's Vault receives such proceeds.

8.     **Limited License.** Marshall hereby grants to Wolfgang's Vault a royalty-free, non-exclusive license to use Marshall's name, biographical information and such other intellectual property of Marshall during the term of this agreement in such fashion as may be reasonably necessary to allow Wolfgang's Vault to perform its obligations hereunder, including without limitation such use in connection with the marketing and selling of the Marketed Prints .

9.     **Confidentiality.** Each of the parties hereto will maintain the confidentiality of the existence and terms of this Agreement will not disclose the existence or terms of this Agreement to any person or entity other than those of its employees who need to know the terms of this Agreement to such party to perform its or his obligations hereunder; provided, however, that Marshall can inform each person that is referred to Wolfgang's Vault which leads to Marshall being paid a referral fee under Section 7 above the fact that Marshall is being paid such a referral fee.

10.    **Miscellaneous**

10.1.   This Agreement constitutes the entire agreement of the parties with respect to the subject matter hereof, and supersedes all previous proposals, oral or written, and all negotiations, conversations or discussions heretofore had between the parties related to this Agreement.

10.2.   This Agreement does not make either party the employee, agent or legal representative of the other for any purpose whatsoever. Neither party is granted any right or authority to assume or to create any obligation or responsibility, express or implied, on behalf of or in the name of the other party. In fulfilling its obligations pursuant to this Agreement each party shall be acting as an independent contractor.

10.3.   This Agreement shall be governed by, and interpreted and construed in accordance with, the laws of the State of California without regard to the conflicts of laws principles that might otherwise apply, as to all matters, including without limitation, validity, interpretation, liability, litigation, performance and remedies.

10.4.   In the event that any of the terms of this Agreement are in conflict with any rule of law or statutory provision or otherwise unenforceable under the laws or regulations of any government or subdivision thereof, such terms shall be deemed stricken from this Agreement, but such invalidity or unenforceability shall not invalidate any of the other terms of this Agreement and this Agreement shall continue in force, unless the invalidity or unenforceability of any such provisions of this Agreement substantially violates, comprises an integral part of or is otherwise inseparable from the remainder of this Agreement.

10.5.   Neither party may assign this Agreement without the consent of the other party, which

3

such consent may be withheld in the sole discretion of either party.

      10.6.  All notices or other communications in connection with this Agreement shall be in writing and shall be considered given when personally delivered or when mailed by registered or certified mail, postage prepaid, return receipt requested, or when sent via commercial courier . directed, as follows:

If to Marshall:                                 If to Wolfgang's Vault:

3622 16th St.                                  149 Bluxome Street
San Francisco, CA 94114                 San Francisco, CA 94107

      IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

JIM MARSHALL                               BILL GRAHAM ARCHIVES, LLC
("Marshall")                               ("Wolfgang's Vault")

Jim Marshall                                 By: William E. Sagan
                                        Its:  President

4

# EXHIBIT B



**WV HOME**

LIVE

CONCERT MEMORABILIA
CONCERT MEMORABILIA

CONCERT VAULT

FORUMS

◉ VAULT STORE   ○ ENTIRE SITE   [SEARCH]

LOGIN
ACCOUNT  CART  HELP

| PRODUCT DETAIL | | | CRAWDADDY! | MOJAM |
|---|---|---|---|---|

**JIM MARSHALL**
**BY CATEGORY**

THELONIOUS MONK FINE ART PRINT from 1963  - JMP0011-FP

▸ Poster Art (3)
▸ Photography (24)
▸ Vintage Tic.... (2)
Backstage (2)



16x20 SG Matted & Signed         $1,80

**ADD ITEM TO CART**

◂PREV ITEM  |  BACK TO SEARCH  |  NEXT ITEM▸

**JIM MARSHALL**
**BY PRODUCT TYPE**

Premium Vintage P.... (18)
Fine Art Print (6)
Book (2)
Poster (2)
1970s Ticket (2)
Handbill (1)

**EMAIL A FRIEND**
**PHOTOGRAPHY Q & A**
**DESCRIPTION**

The photographic print is signed by the photographer, Jim Marshall.

This photograph is copyright Jim Marshall.

**JIM MARSHALL**
**BY PRICE RANGE**

Under $25 (1)
$25 - $49 (4)
$50 - $99 (2)
$100 - $499 (4)
$1,000 & over (23)

**PERFORMERS**

**BROWSE ALL PERFORMERS**

Aerosmith
The Allman Brothers Band
The Band
The Beach Boys
The Beatles
Bob Dylan

**SHIPPING INFORMATION**

http://www.wolfgangsvault.com/dt/thelonious-monk-fine-art-print/IMP0011-FP.html

Thelonious Monk Fine Art Print at Wolfgang's Vault

Page 2 of 2

Bob Marley
Bruce Springsteen
The Doors
Fleetwood Mac
Grateful Dead
Jefferson Airplane
Jimi Hendrix
Journey
Led Zeppelin
Lynyrd Skynyrd
Metallica
Neil Young
Pink Floyd
Quicksilver Messenger...
Red Hot Chili Peppers
The Rolling Stones
Santana
Steve Miller Band
Tom Petty
U2
Van Halen
The Who
Yardbirds

**SUBJECTS:**
Thelonious Monk
**PHOTOGRAPHER:**
Jim Marshall

**DATE:** 1963
**LOCATION:** New York City (New York, NY)
**PRICE:** $1,800.00

**RELATED ITEMS**

The Band
Jul 11, 1970
Program
$295.00

**Vault Tips**

If you're not ready to buy, put items into your saved cart for the next time you stop by. Simply go to check out, and click "move to saved cart."

NEXT TIP

About The Vault | In The News | Contact Us | Newsletter Signup | Advertise | Licensing | Terms of Use | Privacy Policy | Affiliates | Gift Certificates

1/8/2009

# EXHIBIT C

Miles Davis Fine Art Print at Wolfgang's Vault

LOGIN   ACCOUNT  CART  HELP

[SEARCH]

○ VAULT STORE   ○ ENTIRE SITE

| WV HOME | CONCERT MEMORABILIA | CONCERT VAULT | CRAWDADDY! | MOJAM |
| | CONCERT MEMORABILIA | FORUMS | | |

MILES DAVIS  FINE ART PRINT from 1971  - IMP0006-FP



**PRODUCT DETAIL**

**JIM MARSHALL
BY CATEGORY**
► Poster Art (3)
► Photography (24)
   Vintage Tic... (2)
   Backstage (2)

**JIM MARSHALL
BY PRODUCT TYPE**
Premium Vintage P... (18)
Fine Art Print (6)
Book (2)
Poster (2)
1970s Ticket (2)
Handbill (1)

**JIM MARSHALL
BY PRICE RANGE**
Under $25 (1)
$25 - $49 (4)
$50 - $99 (2)
$100 - $499 (4)
$1,000 & over (23)

**PERFORMERS**

BROWSE ALL PERFORMERS
Aerosmith
The Allman Brothers Band
The Band
The Beach Boys
The Beatles
Bob Dylan

16x20  SG  Matted  &  Signed          $1,801

ADD ITEM TO CART

◄PREV ITEM | BACK TO SEARCH | NEXT ITEM►

EMAIL A FRIEND

**PHOTOGRAPHY Q & A**

**DESCRIPTION**

The photographic print is signed by the photographer, Jim
Marshall.

This photograph is copyright Jim Marshall

SHIPPING INFORMATION

Miles Davis Fine Art Print at Wolfgang's Vault

**SUBJECTS:**
Miles Davis

**PHOTOGRAPHER:**
Jim Marshall

**DATE:** 1971
**LOCATION:** Newman's Gym (San
Francisco, CA)
**PRICE:** $1,800.00

Bob Marley
Bruce Springsteen
The Doors
Fleetwood Mac
Grateful Dead
Jefferson Airplane
Jimi Hendrix
Journey
Led Zeppelin
Lynyrd Skynyrd
Metallica
Neil Young
Pink Floyd
Quicksilver Messenger...
The Red Hot Chili Peppers
The Rolling Stones
Santana
Steve Miller Band
Tom Petty
U2
Van Halen
The Who
Yardbirds

## RELATED ITEMS



**Miles Davis**
May 19, 1961
Handbill
$1,455.00



**Miles Davis**
1969
Fine Art Print
$800.00 - $1,500.00



**Miles Davis**
1969
Fine Art Print
$800.00 - $1,500.00



**Miles Davis**
1969
Fine Art Print
$800.00 - $1,500.00





**Miles Davis**
Sep 13, 1970
Poster
$875.00

### Vault Tips

Any item that says
"Auction" will be
auctioned off through
our eBay Store. Find
more information about
our auctions on the Big
Ticket Page.

NEXT TIP

About The Vault   In The News   Contact Us   Newsletter Signup   Advertise   Licensing   Terms of Use   Privacy Policy   Affiliates   Gift Certificates

http://www.wolfgangsvault.com/dt/miles-davis-fine-art-print/JMP0006-FP.html

1/8/20

Page 2 of

# EXHIBIT D



WV HOME

LIVE

◉ VAULT STORE    ○ ENTIRE SITE

[ SEARCH ]

LOGIN
ACCOUNT CART HELP

CONCERT MEMORABILIA
CONCERT MEMORABILIA
nnnni

CONCERT VAULT
FORUMS
nunnun

CRAWDADDY!

MOJAM
virit ni tnitrnt

## DUKE ELLINGTON FINE ART PRINT from Sep 18, 1966 - MFM660918-FP

PRODUCT DETAIL
nnct+ inr

JIM MARSHALL
BY CATEGORY

▶ Poster Art (3)
▶ Photography (24)
  ▶ intage Tic.... (2)
  ▶ Backstage (2)

JIM MARSHALL
BY PRODUCT TYPE

Premium Vintage P.... (18)
Fine Art Print (6)
Book (2)
Poster (2)
1970s Ticket (2)
Handbill (1)

JIM MARSHALL
BY PRICE RANGE

Under $25 (1)
$25 - $49 (4)
$50 - $99 (2)
00 - $499 (4)
$1,000 & over (23)

PERFORMERS

BROWSE ALL PERFORMERS

Aerosmith
The Allman Brothers Band
The Band
The Beach Boys
The Beatles
Bob Dylan



16x20 SG Matted & Signed    $1,80◆

ADD ITEM TO CART

◀PREV ITEM | BACK TO SEARCH | NEXT ITEM▶

EMAIL A FRIEND

PHOTOGRAPHY Q & A

DESCRIPTION

The photographic print is signed by the photographer, Jim Marshall.

This photograph is copyright Jim Marshall.

SHIPPING INFORMATION

Bob Marley
Bruce Springsteen
The Doors
Fleetwood Mac
Grateful Dead
Jefferson Airplane
Jimi Hendrix
Journey
Led Zeppelin
Lynyrd Skynyrd
Metallica
Neil Young
Pink Floyd
e Red Hot Chili Peppers
cksilver Messenger...
The Rolling Stones
Santana
Steve Miller Band
Tom Petty
U2
Van Halen
The Who
Yardbirds

**SUBJECTS:**
Duke Ellington
**PHOTOGRAPHER:**
Jim Marshall

**TOUR/SHOW:** Monterey Jazz
Festival
**DATE:** Sep 18, 1966
**LOCATION:** Monterey Fairgrounds
(Monterey, CA)
**PRICE: $1,800.00**

**RELATED ITEMS**



**Duke Ellington**
1967
Poster
**$56.00**



**Carpenters**
Jul 4, 1974
Rolling Stone Magazine
**$85.00**

**Vault Tips**

Wolfgang's Vault gladly
accepts MasterCard,
Visa, American
Express and Discover
edit cards, debit
rds, checks and
certified money orders
as payment options.

NEXT TIP

About The Vault    In The News    Contact Us    Newsletter Signup    Advertise    Licensing    Terms of Use    Privacy Policy    Affiliates    Gift Certificates

**EXHIBIT E**

Janis Joplin Fine Art Print at Wolfgang's Vault



WV HOME | LIVE | CONCERT MEMORABILIA | CONCERT VAULT | CRAWDADDY! | MOJAM

LOGIN
ACCOUNT   CART   HELP

⦿ VAULT STORE      ○ ENTIRE SITE      [          ] SEARCH

CONCERT MEMORABILIA

CONCERT MEMORABILIA | FORUMS | VINTAGE TICKETS

PRODUCT DETAIL

BY CATEGORY

▶ Poster Art (3)
▶ Photography (24)
  Vintage Tic... (2)
  Backstage (2)

JIM MARSHALL
BY PRODUCT TYPE

Premium Vintage P... (18)
Fine Art Print (6)
Book (2)
Poster (2)
1970s Ticket (2)
Handbill (1)

JIM MARSHALL
BY PRICE RANGE

Under $25 (1)
$25 - $49 (4)
$50 - $99 (2)
$100 - $499 (4)
$1,000 & over (23)

PERFORMERS

BROWSE ALL PERFORMERS

Aerosmith
The Allman Brothers Band
The Band
The Beach Boys
The Beatles
Bob Dylan

# JANIS JOPLIN FINE ART PRINT from 1968 - JMP0023-FP



16x20 SG Matted & Signed        $1,80...

ADD ITEM TO CART

◀PREV ITEM | BACK TO SEARCH | NEXT ITEM▶

EMAIL A FRIEND

PHOTOGRAPHY Q & A

DESCRIPTION

Janis was a great subject to photograph, because she was not afraid of the camera and came alive on stage - that was her world. She was very real and still a little girl when she died, a very famous little girl. - Jim Marshall

The photographic print is signed by the photographer, Jim Marshall.

The photograph is copyright Jim Marshall.

SHIPPING INFORMATION

'anis Joplin Fine Art Print at Wolfgang's Vault

Page 2 of 2

Bob Marley
Bruce Springsteen
The Doors
Fleetwood Mac
Grateful Dead
Jefferson Airplane
Jimi Hendrix
Journey
Led Zeppelin
Lynyrd Skynyrd
Metallica
Neil Young
Pink Floyd
cksilver Messenger....
.e Red Hot Chili Peppers
The Rolling Stones
Santana
Steve Miller Band
Tom Petty
U2
Van Halen
The Who
Yardbirds

**Vault Tips**

Did you know you can
search by date? Simply
enter a date (ie.
12/31/78, August 1969,
..) into the search
..r, and press
SEARCH for the
results.

NEXT TIP

**SUBJECTS:**
Janis Joplin
**PHOTOGRAPHER:**
Jim Marshall

**DATE:** 1968
**LOCATION:** Winterland (San
Francisco, CA)
**PRICE:** $1,800.00

**RELATED ITEMS**


Janis Joplin
Vintage Print
$600.00


Janis Joplin
1967
Limited Editions
$850.00


Janis Joplin
1968
Premium Vintage Print
$7,500.00


Janis Joplin
Aug 1, 1969
Fine Art Print
$200.00 - $300.00

Janis Joplin
Aug 1, 1969
Fine Art Print
$200.00 - $300.00

About The Vault   In The News   Contact Us   Newsletter Signup   Advertise   Licensing   Terms of Use   Privacy Policy   Affiliates   Gift Certificates

http://www.wolfgangsvault.com/dt/janis-joplin-fine-art-print/IMP0023-FP.html

1/8/2009

# EXHIBIT F

3ill Evans Fine Art Print at Wolfgang's Vault

Page 1 of 2

WOLFGANG'S VAULT

**WV HOME**

LIVE

CONCERT MEMORABILIA
CONCERT MEMORABILIA

CONCERT VAULT

FORUMS

⊙ VAULT STORE   ○ ENTIRE SITE

[SEARCH]

LOGIN
ACCOUNT   CART   HELP

CRAWDADDY!   MOJAM

PRODUCT DETAIL

**JIM MARSHALL**
**BY CATEGORY**

▶ Poster Art (3)
  Photography (24)
  Vintage Tic... (2)
  Backstage (2)

**JIM MARSHALL**
**BY PRODUCT TYPE**

Premium Vintage P ... (18)
Fine Art Print (6)
Book (2)
Poster (2)
1970s Ticket (2)
Handbill (1)

**JIM MARSHALL**
**BY PRICE RANGE**

Under $25 (1)
$25 - $49 (4)
$50 - $99 (2)
$100 - $499 (4)
$1,000 & over (23)

**PERFORMERS**

BROWSE ALL PERFORMERS

Aerosmith
The Allman Brothers Band
The Band
The Beach Boys
The Beatles
Bob Dylan

BILL EVANS FINE ART PRINT from 1963 - JMP0008-FP





16x20 SG Matted & Signed   $1,80

ADD ITEM TO CART

◂PREV ITEM | BACK TO SEARCH | NEXT ITEM▸

**EMAIL A FRIEND**

**PHOTOGRAPHY Q & A**

**DESCRIPTION**

The photographic print is signed by the photographer, Jim Marshall.

This photograph is copyright Jim Marshall

**SHIPPING INFORMATION**

http://www.wolfgangsvault.com/dt/bill-evans-fine-art-print/JMP0008-FP.html

Bill Evans Fine Art Print at Wolfgang's Vault

Bob Marley
Bruce Springsteen
The Doors
Fleetwood Mac
Grateful Dead
Jefferson Airplane
Jimi Hendrix
Journey
Led Zeppelin
Lynyrd Skynyrd
Metallica
Neil Young
Pink Floyd
Quicksilver Messenger....
The Red Hot Chili Peppers
The Rolling Stones
Santana
Steve Miller Band
Tom Petty
U2
Van Halen
The Who
Yardbirds

**Vault Tips**

We have a 10-day
return policy on all
items (domestic orders
only).

**SUBJECTS:**
Bill Evans
**PHOTOGRAPHER:**
Jim Marshall

**DATE:** 1963
**LOCATION:** New York City (New
York, NY)
**PRICE:** $1,800.00

**RELATED ITEMS**



**Jeff Beck**
Jul 3, 1969
Fine Art Print
**$200.00 - $300.00**



**Jeff Beck**
Jul 3, 1969
Premium Vintage Print
**$400.00**

NEXT TIP

About The Vault   In The News   Contact Us   Newsletter Signup   Advertise   Licensing   Terms of Use   Privacy Policy   Affiliates   Gift Certificates

# EXHIBIT G

John Coltrane Fine Art Print at Wolfgang's Vault

WV HOME

PRODUCT DETAIL

**JIM MARSHALL**
**BY CATEGORY**

➤ Poster Art (3)
➤ Photography (23)
➤ Vintage Tic... (2)
➤ Backstage (2)

**JIM MARSHALL**
**BY PRODUCT TYPE**

Premium Vintage P... (17)
Fine Art Print (6)
Book (2)
Poster (2)
1970s Ticket (2)
Handbill (1)

**JIM MARSHALL**
**BY PRICE RANGE**

Under $25 (1)
$25 - $49 (4)
$50 - $99 (2)
$100 - $499 (3)
$1,000 & over (23)

**PERFORMERS**

BROWSE ALL PERFORMERS

Aerosmith
The Allman Brothers Band
The Band
The Beach Boys
The Beatles
Bob Dylan
Bob Marley
Bruce Springsteen

CONCERT MEMORABILIA
CONCERT MEMORABILIA

CONCERT VAULT

FORUMS

JOHN COLTRANE FINE ART PRINT from 1960 - JMP0007-FP

@ VAULT STORE    C ENTIRE SITE

SEARCH

CRAWDADDY!    MOJAM

LOGIN
ACCOUNT  CART  HELP



16x20 SG Matted & Signed                $1,80

ADD ITEM TO CART

◄PREV ITEM | BACK TO SEARCH | NEXT ITEM►

EMAIL A FRIEND

PHOTOGRAPHY Q & A

DESCRIPTION

The photographic print is signed by the photographer, Jim Marshall.

This photograph is a reproduction of a Jim Marshall

SHIPPING INFORMATION

John Coltrane Fine Art Print at Wolfgang's Vault

The Doors
Fleetwood Mac
Grateful Dead
Jefferson Airplane
Jimi Hendrix
Journey
Led Zeppelin
Lynyrd Skynyrd
Metallica
Neil Young
Pink Floyd
Quicksilver Messenger...
The Red Hot Chili Peppers
The Rolling Stones
Santana
Steve Miller Band
Tom Petty
U2
Van Halen
The Who
Yardbirds

**SUBJECTS:**
John Coltrane
**PHOTOGRAPHER:**
Jim Marshall

**DATE:** 1960
**LOCATION:** Ralph J. Gleason's
Home (Berkeley, CA)
**PRICE:** $1,800.00

**RELATED ITEMS**



**John Coltrane**
1963
Premium Vintage Print
$5,000.00

𝒱𝒶𝓊𝓵𝓉 𝒯𝒾𝓅𝓈

Did you know you can
search by date? Simply
enter a date (ie
12/31/78, August 1969,
etc.) into the search
bar, and press
SEARCH for the
results.

NEXT TIP

About The Vault    In The News    Contact Us    Newsletter Signup    Advertise    Licensing    Terms of Use    Privacy Policy    Affiliates    Gift Certificates

# EXHIBIT H

# PACKING SLIP

uxome street san francisco california 94107



wolfgangsvault.com

**BILL TO**

ANDREW STROUD
440 HOPKINS RD.
SACRAMENTO CA 95864

**SHIP TO**

LANDON BAILEY
50 QUAY CT.
UNIT 43
SACRAMENTO CA 95831

**ACCOUNT**

**Account:** 899454
**Order #:** F8PY-N7JW
**Date:** 12-23-2008
**Shipping:** UPS 2nd Day Air

| Item Number | Description | Qty | Unit Price | Extended |
|---|---|---|---|---|
| JMP0011-FP-GMN1 | Fine Art Print | 1 | $1,800.00 | $1,800.00 |
| **Comments** | | Subtotal | | $1,800.00 |
| | | Sales Tax | | $153.00 |
| | | Shipping | | $0.00 |
| | | Order Total | | $1,953.00 |
| | | Total Charge | | $1,953.00 |

# Thank you for your order

Your order has been carefully packed and inspected.

Please check the contents of all packages received with the items on the Packing Slip to ensure the shipment is complete.

If incomplete, please save all packing material and contact us immediately at www.wolfgangsvault.com

- Wolfgang's Vault has a 10 day return policy for domestic orders. We also guarantee your order against damage that may occur during the shipping process.

- Please inspect your order before discarding the packaging materials. If you receive a package that has been damaged during shipping, please contact our customer service department immediately so that we máy initiate a Damage Claim with UPS. You will be given instructions regarding this process and the damaged items will be reimbursed or replaced once the claim has been finalized.

- To return or exchange an item, please contact our customer service department within 10 days of receiving your order. At that time, we will give you a return authorization (RA) number and precise instructions for returning your package. Wolfgang's Vault will issue a credit for all products returned under the terms of our policy and in the same condition in which they were sold.

- International Customers are subject to their respective country's customs fees, including Country and/or Province taxes, duty fees based on the value of goods purchased, and Customs Brokerage fees. Customs fees assessed on purchased goods are based on the laws of the respective country and Wolfgang's Vault has no control over these charges. Shipments are subject to inspection and possible delay by customs officials or representatives of government agencies.

- We will not accept any returns, and we will not refund any lost, refused or abandoned orders outside of the United States. However, we will make a claim with UPS for lost or damaged shipments. We will provide refunds only if we receive payment from UPS.

**If you need to return a damaged product to us:**

- Ensure that the RA number we give you is clearly marked on the outside of your shipping box.

- Pack your return securely. We recommend you use the same packaging materials that it was originally shipped in, and that you insure the shipment for your protection.

- You are responsible for all return shipping costs. COD shipments will not be accepted.

- We are not responsible for lost or stolen packages. We recommend using a courier that can track your package with a tracking number.

- Subsequent to an approved authorization, a credit to an account can take up to 30 days.

- Ship all returned items to:
  Wolfgang's Vault
  Attn: Returns
  149 Bluxome Street
  San Francisco, CA 94107

- **Need to contact us?**
  Please visit our web site at www.wolfgangsvault.com, send an email to custserv@wolfgangsvault.com or call our customer service department at 1-415-543-1266.

**IMPORTANT:** RETURNS REQUIRE A VALID RA#. PLEASE MAKE SURE THE RA# IS CLEARLY VISIBLE ON THE ADDRESS LABEL.

# EXHIBIT I



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001352549
Search Results: Displaying 1 of 1 entries





*Jim Marshall : proof.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001352549 / 2005-12-07
**Title:** Jim Marshall : proof.
**Copyright Claimant:** on photos: Jim Marshall
**Date of Creation:** 2004
**Date of Publication:** 2004-06-01
**Copyright Note:** Cataloged from appl.
**Names:** Marshall, Jim

| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record          Format for Print/Save |
| Enter your email address: |                          Email |

---

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT J



Help    Search    History    Titles    Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001365079
Search Results: Displaying 1 of 1 entries





*Jim Marshall : jazz.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001365079 / 2005-08-10
**Title:** Jim Marshall : jazz.
**Copyright Claimant:** on photography; Jim Marshall
**Date of Creation:** 2005
**Date of Publication:** 2005-07-01
**Copyright Note:** Cataloged from appl. only.
**Names:** Marshall, Jim

| Save, Print and Email (Help Page) |
| --- |
| Select Download Format  Full Record  ·    Format for Print/Save |
| Enter your email address: [            ]    Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT K

# Copyright
United States Copyright Office

**Help**    **Search**    **History**    **Titles**    **Start Over**

## Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = TX0006031402

Search Results: Displaying 1 of 1 entries

 previous | next

*Not fade away : the rock & roll photography of Jim Marshall / foreword by...*

**Type of Work:** Text

**Registration Number / Date:** TX0006031402 / 2004-06-17

**Title:** Not fade away : the rock & roll photography of Jim Marshall / foreword by Michael Douglas ; edited by David Fahey.

**Imprint:** Boston : Little, Brown, c1997.

**Description:** 129 p.

**Copyright Claimant:** Jim Marshall

**Date of Creation:** 1997

**Date of Publication:** 1997-09-01

**Copyright Note:** C.O. correspondence.

**Names:** Douglas, Michael
Fahey, David
Marshall, Jim

 previous | next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page